



# MEMORANDUM OPINION

No. 04-09-00757-CV

**IN THE INTEREST OF D.S**., A.G., and M.M., Minor Children

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 08-539-B
Honorable Charles Sherrill, Judge Presiding

Opinion by:     Phylis J. Speedlin, Justice

Sitting:     Karen Angelini, Justice
Phylis J. Speedlin, Justice
Marialyn Barnard, Justice

Delivered and Filed:  August 31, 2010

Ottis Sutton appeals the trial court's order finding that his appeal of the order terminating his parental rights to his daughter, D.S., would be frivolous.[1]   *See* TEX. FAM. CODE ANN. § 263.405(g) (Vernon 2008).  Following a jury trial, the trial court terminated the parent-child relationship between Sutton and D.S.  Sutton timely filed a motion for new trial and statement of appellate points containing twenty-seven issues for appeal, along with an affidavit of indigence. *See id.* § 263.405(b), (e) (Vernon 2008).  Following a hearing on the motion, the trial court denied the motion for new trial, sustained Sutton's affidavit of indigence, and ruled that the appeal was frivolous.  *See id.* § 263.405(d) (Vernon 2008).  Because the trial court found the

---

[1] Mina Flanagan also appeals from the same termination proceeding; however, she does not dispute the frivolous finding and raises only one issue related to the assessment of attorney's fees.  Flanagan's complaint will be addressed along with Sutton's once the full reporter's record has been filed.

appeal frivolous, Sutton was not entitled to a free copy of the record from the termination trial. After reviewing the record currently before us, we are unable to determine whether the trial court abused its discretion in finding the appeal frivolous. Accordingly, a review of the reporter's record from the underlying termination proceeding is necessary to determine whether the trial court abused its discretion. *In re T.C.*, 299 S.W.3d 828, 828 (Tex. App.—San Antonio 2009, no pet.).

Accordingly, it is ordered that the court reporter shall, on or before thirty (30) days from the date of this opinion and order, and without cost to Sutton, prepare and file the reporter's record containing all of the evidence admitted at the termination trial. *See* TEX. R. APP. P. 34.6(d).

Phylis J. Speedlin, Justice